AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fagone, Michael A. | U.S. Bankruptcy Court, District of Maine | 01/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Margaret Chase Smith Federal Building
Room 30607
202 Harlow Street
Bangor, ME 04401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 01/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | April 20 - April 23, 2017 | Washington, D.C. | Speaker | Meals, Lodging, Transportation |
| 2. | American Bankruptcy Institute | July 20 - July 23, 2017 | Newport, Rhode Island | Speaker | Meals, Lodging, Transportation |
| 3. | American Bankruptcy Institute | November 30 - December 2, 2017 | La Quinta, California | Speaker | Meals, Lodging, Transportation |
| 4. | Massachusetts Continuing Legal Education | December 6, 2017 | Boston, Massachusetts | Speaker | Meals, Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 01/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet | Student Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 01/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Investments IRA (H) | | | | | | | | | |
| 2. - First Trust Rising Dividend Achievers ETF - RDVU | A | Dividend | | | Buy | 04/11/17 | K | | |
| 3. - | | | | | Sold | 06/23/17 | K | A | |
| 4. - Flexshares MStar Market Factor TILT ETF - TILT | B | Dividend | L | T | Buy (add'l) | 04/11/17 | K | | |
| 5. - Flexshares Quality Dividend Index EFT - QDF | B | Dividend | K | T | Sold (part) | 07/05/17 | K | B | |
| 6. - GSAM ActiveBeta US Large Cap Equity ETF - GSLC | A | Dividend | L | T | Buy | 06/23/17 | K | | |
| 7. - Guggenheim S&P 500 Equal-Weight ETF - RSP | B | Dividend | L | T | | | | | |
| 8. - Ishares 1-5 yr US Bond ETF - ISTB | A | Dividend | K | T | | | | | |
| 9. - IShares 3-7 yr US Bond ETF - IEI | A | Dividend | K | T | | | | | |
| 10. - IShares Barclays 1-3 yr Credit Bond ETF - CSJ | A | Dividend | K | T | | | | | |
| 11. - IShares Barclays Intermediate US Govt Credit Bond ETF - GVI | A | Dividend | K | T | | | | | |
| 12. - IShares Edge MSCI Multifactor USA ETF - LRGF | A | Dividend | K | T | Buy | 05/18/17 | J | | |
| 13. - | | | | | Buy | 07/05/17 | K | | |
| 14. - IShares S&P 500 Index ETF - IVV | C | Dividend | M | T | | | | | |
| 15. - IShares S&P Mid Cap 400 Index ETF -IJH | A | Dividend | K | T | | | | | |
| 16. - IShares S&P Mid Cap 400/Barra Value Index ETF - IJJ | A | Dividend | | | Sold | 05/03/17 | K | C | |
| 17. - IShares S&P Small Cap 600 Index ETF - IJR | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 01/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IShares Core MSCI Emerging Markets ETF - IEMG | | None | | | Buy | 11/20/17 | K | | |
| 19. - | | None | | | Sold | 12/12/17 | K | | |
| 20. - IShares Floating Rate Bond ETF - FLOT | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 21. - IShares S&P Small Cap 600 Value ETF - IJS | | None | | | Sold | 03/08/17 | K | C | |
| 22. - IShares Barclays Aggregate Bond Index - ETF | A | Dividend | K | T | | | | | |
| 23. - IShares Edge MSCI USA Momentum Factor ETF - MTUM | A | Dividend | K | T | Buy | 03/13/17 | K | | |
| 24. - | | | | | Buy | 07/05/17 | J | | |
| 25. -IShares Trust Core Dividend Growth ETF - DGRO | A | Dividend | K | T | Buy | 08/31/17 | K | | |
| 26. - PowerShares QQQ Trust ETF - QQQ | A | Dividend | L | T | | | | | |
| 27. - PowerShares S&P 500 High Beta Index ETF - SPHB | | None | | | Sold | 03/13/17 | K | B | |
| 28. - Schwab US Dividend Equity ETF - SCHD | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 29. - SPDR DJ Euro STOXX 50 ETF - FEZ | A | Dividend | | | Buy | 05/03/17 | K | | |
| 30. - | | | | | Sold | 11/20/17 | K | B | |
| 31. - SPDR S&P Dividend ETF - SDY | A | Dividend | | | Sold | 04/11/17 | K | A | |
| 32. - | | | | | Sold | 05/17/17 | J | A | |
| 33. - SPDR S&P Dividend ETF - SDY (continued) | | | | | Sold | 08/31/17 | K | B | |
| 34. - Vanguard Intermediate Term Corporate Bond ETF - VCIT | A | Dividend | | | Sold | 04/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 01/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Vanguard Mega Cap 300 Growth ETF - MGK | A | Dividend | K | T | Buy | 03/08/17 | K | | |
| 36.  - Fidelity Government Cash Reserve Fund (MMF) - FDRXX | A | Dividend | J | T | Sold | 01/04/17 | J | A | |
| 37.  - | | | | | Buy | 03/13/17 | J | | |
| 38.  - | | | | | Buy | 03/30/17 | J | | |
| 39.  - | | | | | Sold | 04/10/17 | J | A | |
| 40.  - | | | | | Sold | 04/17/17 | J | A | |
| 41.  - | | | | | Buy | 05/08/17 | J | | |
| 42.  - | | | | | Buy | 05/22/17 | J | | |
| 43.  - | | | | | Sold | 05/23/17 | J | A | |
| 44.  - | | | | | Buy | 06/30/17 | J | | |
| 45.  - | | | | | Sold | 07/07/17 | J | A | |
| 46.  - | | | | | Buy | 07/10/17 | J | | |
| 47.  - | | | | | Buy | 09/06/17 | J | | |
| 48.  - | | | | | Buy | 09/29/17 | J | | |
| 49.  - | | | | | Sold | 10/03/17 | J | A | |
| 50.  - | | | | | Buy | 12/26/17 | J | | |
| 51.  - | | | | | Buy | 12/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 01/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Gorham Savings Bank Cash Account | A | Interest | K | T | | | | | |
| 54. Bangor Savings Bank Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I am the sole trustee of a trust for the benefit of certain relatives ("Trust #1"). I do not receive any income from Trust #1. I do not currently have, and did not at any time during the reporting period have, any beneficial interest in Trust #1, its res, or any income derived therefrom. My sole function, with respect to the trust, is to serve as a trustee for those persons who do have a beneficial interest in the trust and, during the reporting period, I served in that capacity on an uncompensated basis. Copies of the trust agreement and the relevant account records are available upon request.

RESPONSE TO LETTER OF INQUIRY:

In the 2016 report, the purchase of SPDR S&P Dividend ETF – SDY was inadvertently left out. The 2017 report correctly reflects that it was sold.

In the 2016 report, the asset listed on Line 20 - ProShares S&P 500 Div Aristocrats Stk ETF was sold in full on December 21, 2016, and should have been reflected as such on Line 22.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael A. Fagone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544